**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| GISELLE CRAVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-CV-70-SRW |
| | ) | |
| MARY ZIMMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Giselle Craven's third amended complaint. Plaintiff failed to sign the complaint. Under Rule 11 of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed ... by a party personally if the party is unrepresented." Further, Local Rule 2.01 requires that a complaint filed by a pro se plaintiff "shall contain the signature of the self-represented party[.]"

Within **fourteen (14) days** of the date of this Order, Plaintiff must properly sign the Complaint and return it to the Court. The Court will direct the Clerk to return the Complaint to her. If Plaintiff fails to timely comply with this Order, the Court will dismiss this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the third amended complaint [ECF No. 17] to Plaintiff.

**IT IS FURTHER ORDERED** that, **within fourteen (14) days of the date of this Order**, Plaintiff shall sign and return the amended Complaint to the Court.

2

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 18th day of March, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE